# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: <u>10-11794-WGY</u>

ELDREDGE
Plaintiff

v.

TOWN OF FALMOUTH
Defendant

<u>ORDER OF REMAND</u>

YOUNG, D.J.

     In accordance with the Court's order at the hearing of 1/19/11, the above-entitled action is hereby remanded to BARNSTABLE SUPERIOR COURT SITTING IN AND FOR THE COUNTY OF BARNSTABLE.

                                                      By the Court,

                                                      /s/ Elizabeth Smith

                                                      Deputy Clerk

January 20, 2011

To:  All Counsel